JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE BENINGNO ROMO,                )   NO. CV 08-04602 RGK (SS)
                                   )
          Petitioner,              )
                                   )   **JUDGMENT**
          v.                       )
                                   )
KELLY HARRINGTON, Acting Warden,   )
                                   )
          Respondent.              )
_____)

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:September 1, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE